■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES E. COMFORT, Appellant. (Appeal No. 2.) [817 NYS2d 561]— Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered November 7, 2003. The judgment convicted defendant, upon his plea of guilty, of sodomy in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*cf. People v Pichardo*, 1 NY3d 126 [2003]). Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Hayes, JJ.